FILED
MAR - 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN F. LONG<br>P.O. Box 2807<br>Washington, D.C. 20013<br>        Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT UNION<br>ADMINISTRATION<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case: 1:08-cv-00406<br>)  Assigned To : Leon, Richard J.<br>)  Assign. Date : 3/6/2008<br>)  Description: Admn. Agency Review |

### NOTICE OF REMOVAL OF A CIVIL ACTION

The United States of America, as the substituted defendant in this action, hereby files this Notice of Removal and states as follows:

1. The National Credit Union Administration has been named as the defendant in a civil action now pending in the Superior Court of the District of Columbia, Civil Division, Small Claims and Conciliation Branch, entitled <u>Karen F. Long v. National Credit Union Administration</u>.

2. The statement of claim in the Superior Court case, attached hereto as Exhibit A, alleges that the Treasury Department Federal Credit Union made an error in the processing of plaintiff's Individual Retirement Account (IRA) and that there are funds missing from the IRA account. There are no claims against the National Credit Union Administration.

3. This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, and 1442 (a)(1), and 1446, since plaintiff's action against the National Credit Union Administration is one in which the District Court has original jurisdiction.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia, is properly removed therefrom to this Court pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
WYNEVA JOHNSON, D.C. BAR # 278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7224

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Notice of Removal of a Civil Action, has been made by mailing copies thereof to:

KAREN F. LONG
P.O. Box 2807
Washington, D.C. 20013

in this 6TH Day of March, 2007.

_____
WYNEVA JOHNSON
Assistant United States Attorney

SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN F. LONG<br>P.O. Box 2807<br>Washington, D.C. 20013<br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL CREDIT UNION<br>ADMINISTRATION<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2008 SC (3) 1069<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING OF NOTICE
OF REMOVAL OF A CIVIL ACTION**

TO:　KAREN F. LONG
　　　P.O. Box 2807
　　　Washington, D.C. 20013

PLEASE TAKE NOTICE that on March 6, 2008, the United States of America filed with the Clerk of the United States District Court for the District of Columbia and with the Clerk of the District of Columbia Superior Court a Notice of Removal of the above-entitled action. A copy of the Notice of Removal is attached hereto. The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. Bar #498610
　　　　　　　　　　　　　　　　　　　United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
WYNEVA JOHNSON, D.C. BAR # 278515
Assistant United States Attorney
555 Fourth Street, N.W., E-4106
Washington, D.C. 20530
(202)514-7224

Attorneys for Defendant

# Superior Court of the District of Columbia
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
Bldg. B, 510 4th Street, N.W., RM -120
WASHINGTON, D.C. 20001    TELEPHONE 879-1120

Small Claims Form 11

RECEIVED FEB 1 4 2008 BY:_____

Plaintiff(s): KARENF.LCam
P.O. BOX 2807
Washington 20013

vs.

Defendant(s):
(1) National Credit Union Admin
(2)
(3)

No. SC 2008 sc 3) 1069

FEB 19 '08 AM 9:24 OGC

### STATEMENT OF CLAIM

4/30/07  $1116.89  12/31/05
$1074.85 adjusted # IRA
adjusted $2957.96 (account (579-82
1/03/08 closed 898))

DISTRICT OF COLUMBIA, ss: _____ being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

X __[signature]__
Plaintiff/Agent (Sign and Print Name)

Address ____
City/State/Zip Code ____
Phone No.: ____

Title: ____

FILED
FEB 1 1 2008
Clerk
Superior Court
of the District of Columbia
Small Claims Branch

Subscribed and sworn to before me this ___ day of Feb (month and year) 20 08

Deputy Clerk (Notary Public)

08 0406

FILED
MAR - 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attorney for Plaintiff (Sign and Print Name)
Address ____ Zip Code ____
Bar No.: ____ Phone No.: ____

### NOTICE (All parties must notify the court of any address changes.)

To:
(1) National Credit Union Admin Sere m. Sovoy
Defendant (2) Defendant

Address: 1775 Duke St Suite 4206
Alex VA 22314-3428
☐ Home ☐ Business    ☐ Home ☐ Business

You are hereby notified that _____ has made a claim and is requesting judgment against you in the sum of Three Thousand and __/100 dollars ($____), as shown by the foregoing statement. The court will hold a hearing upon this claim on ( March 3, 2008 ) at 9:00 a.m. in the Small Claims and Conciliation Courtroom 119, Bldg. B, 510 4th Street, N.W.,

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS BRING THIS NOTICE WITH YOU AT ALL TIMES

Deputy Clerk
Small Claims and Conciliation Branch

CV-471/JUL 06

CC: Nat'l Credit Union
1775 Duke St (Prevent Fraud)
Alexiva 22314 Karen Ifony
May 22, 2007 333 iCLA9D/NE
WUSHDC 20019

Treasury Credit Union
P.O. Box 27301
WUSH DC 20038-7301
Member # 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-0

IRA Share Savings #6 Error Ending Date
4/30/07 Statement $1,116.89 1.66
Dividends ending Shows their amount
Error from $ (money missing) from account #6
12/31/05 Ending Date Statement
IRA Share Saving #6 Shows
their amount $4,074.85 1.03 Dividend The amount
of
(missing money) $(2,957.96) the Different
IRA the Dividends need
Share to be added
account
[signature] Long
Member

Dividends need to be added from that
time frame Statement of accounts
missing funds put Back added
IRA my account of $2,957.96 or money

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_KAREN F. LONG_
Plaintiff

v.

_NATIONAL CREDIT UNION ADMN._
Defendant

Civil Action No. **08 0406**

**MAR - 6 2008**

    The above entitled action, removed from the Superior Court for the District of Columbia, has been filed and assigned to Judge **LEON, J. RJL**. All counsel and/or pro se litigants must include on any subsequent pleadings both the civil action number and the initials of the judge assigned to this action. (See preceding sentence for judge's initials).

    Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the bar of this Court to appear, file papers or practice. To assist the Clerk's Office in properly recording all counsel of record, counsel for all parties must enter their appearance in accordance with our Local Rule 83.6(a). Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

    Finally, your attention is called to Local Rule 16.3, Duty to Confer. This rule clearly spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court on a wide range of questions.

NANCY MAYER-WHITTINGTON, CLERK

By _Maureen Higgins_
Deputy Clerk

cc: _KAREN F. LONG_

929A
Rev. 7/02

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
Karen F. Long

1100/

## DEFENDANTS
National Credit Union Administration

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Plaintiff Pro Se
P.O. Box 2807
Washington, D.C. 20013

Case: 1:08-cv-00406
Assigned To : Leon, Richard J.
Assign. Date : 3/6/2008
Description: Admn. Agency Review

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
● 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**
☐ 410 Antitrust

○ **B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

● **C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
■ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)** OR ○ **F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
○ 1 Original Proceeding   ⊗ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 1441 - REMOVAL

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    Check YES only if demanded in complaint    JURY DEMAND: YES ☐  NO ☒

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE 3/6/2008    SIGNATURE OF ATTORNEY OF RECORD  *Wyneva Johnson*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

  I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

  III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

  IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the *primary* cause of action found in your complaint. You may select only *one* category. You *must* also select *one* corresponding nature of suit found under the category of case.

  VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

  VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.