**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KAREN F. LONG ) | |
| P.O. Box 2807 ) | |
| Washington, D.C. 20013 ) | |
|        Plaintiff, ) | |
| ) | |
|      v. ) | Civil Action No. 08-0406 (RJL) |
| ) | |
| NATIONAL CREDIT UNION ) | |
| ADMINISTRATION ) | |
| ) | |
|        Defendant. ) | |
| ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant

U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
Wyneva Johnson, D.C. BAR # 278515
Assistant United States Attorney
555 4th Street, N.W, Room E4106
Washington, D.C.  20530
202- 514-7224

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by First Class mail,

postage prepaid to:

KAREN F. LONG
P.O. Box 2807
Washington, D.C. 20013

in this 11th Day of March, 2008.

                                        /s/
                                        WYNEVA JOHNSON
                                         Assistant United States Attorney