UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN F. LONG<br>P.O. Box 2807<br>Washington, D.C. 20013<br>          Plaintiff,<br><br>          v.<br><br>NATIONAL CREDIT UNION<br>ADMINISTRATION<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-0406 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant respectfully moves the Court for an enlargement of time until April 7, 2008, to answer or otherwise respond to the Plaintiff's Complaint. A scheduling order has not been entered in this case. This is Defendant's first request for an enlargement of time. Plaintiff does not oppose this Motion.

The case was originally filed in the Superior Court of the District of Columbia, but it was removed to the District Court on March 6, 2008. Fed. R. Civ. P. 81 (c) requires a defendant to answer or present other defenses within 20 days after receipt through service or otherwise of a copy of the initial pleading, within five days after the filing of the petition for removal, whichever is longer.

The additional time is requested so that counsel can complete the coordination and discussions with the agency for the filing of Defendant's answer or response to the complaint.

Such enlargement is consistent with the 60-day period that the United States is accorded to respond to Complaints under Fed. R. Civ. P. 12(a)(3). There is good cause for the Court to

grant this motion.

Wherefore, it is respectfully requested that Defendant have up to and including April 7, 2008 to answer or respond to Plaintiff's Complaint.

Respectfully submitted,

\_\_\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

\_\_\_\_\_/s/_____
WYNEVA JOHNSON D.C. Bar #278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7224

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing was served by First Class mail, postage prepaid to:

KAREN F. LONG
P.O. Box 2807
Washington, D.C. 20013

on this 11th day of March, 2008

/s/
Wyneva Johnson
Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN F. LONG<br>P.O. Box 2807<br>Washington, D.C. 20013<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>NATIONAL CREDIT UNION<br>ADMINISTRATION<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-0406 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

UPON CONSIDERATION of Defendant's Unopposed Motion for an Enlargement of Time, and for good cause shown, it is on this _____ day of _____, 2008,

ORDERED, that the said motion should be and hereby is granted.

_____
UNITED STATES DISTRICT JUDGE

**Attorney for Defendant**
WYNEVA JOHNSON
Assistant United States Attorney
555 4th Street, N.W., Room E -4106
Washington, D.C. 20530

**Plaintiff**
KAREN F. LONG
P.O. Box 2807
Washington, D.C. 20013