UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 1 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| KAREN F. LONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 08-0406 (RJL) |
| ) | |
| NATIONAL CREDIT UNION ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER
(April 16, 2008)

Pending before the Court is Defendant's Motion to Dismiss, which was filed on April 7, 2008. Because a ruling on defendant's motion may dispose of the case, plaintiff is advised of his obligation under the Federal Rules of Civil Procedure and the local rules of this Court.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* litigants of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or]

the court may treat the motion as conceded." Local Civil Rule 7(b).

Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to the Defendant's motions within 30 days of this Order. If the plaintiff fails to respond, the Court may treat the motions as conceded and dismiss the complaint against the defendant.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge