UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN F. LONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 08-0406 (RJL) |
| | ) |
| NATIONAL CREDIT UNION | ) |
| ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER**
(July 16, 2008)

Defendant National Credit Union Administration filed a motion to dismiss plaintiff's complaint on April 7, 2008. By Order filed April 18, 2008, plaintiff was advised of her obligation to file an opposition or other response to the motion, and that if she failed to respond within thirty (30) days, the defendant's motion to dismiss might be granted as conceded. To date, plaintiff has neither filed an opposition nor requested additional time to do so. Accordingly, it is hereby

**ORDERED** that the motion to dismiss [Dkt. # 5] filed by defendant National Credit Union Administration is GRANTED as conceded, and the case is dismissed.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge